# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Denovo | 12/16/2022 | 266547 | Check | $ 54,000.00 |
| Akorn Operating Company, LLC | Denovo | 1/13/2023 | 266908 | Check | $ 350.00 |
|  |  |  |  |  | $ 54,350.00 |